```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NORBERT J. BOGNER,

            Plaintiff,

vs.

            Civil Action No.:
            7:20-CV-10724-NSR-JCM

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
-------------------------------------------------------------X

**MEMO ENDORSED**

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff moves this Court, on submission, for an Order granting an enlargement of time of thirty (30) days to file Plaintiff's motion for judgment on the pleadings and memorandum of law in support in this matter, which is currently due on October 4, 2021. This is Plaintiff's first request for an extension and is necessary due to an unexpected increase in counsel's case load and briefs due in a short period of time from cases that were previously delayed from timely processing during the beginning of the COVID-19 pandemic.

Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated: September 24, 2021,

            respectfully submitted,

By: /s/ Charles E. Binder
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
fedcourt@binderlawfirm.com

Plaintiff's request is GRANTED.
Plaintiff's motion shall be filed on
or by November 3, 2021.
The Clerk of Court is kindly directed
to terminate the motion at ECF No. 16.

Dated: September 27, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge